

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2022

No. 04-22-00800-CV

**IN THE INTEREST OF E.A.R., E.A.R., E.A.R. AND E.A.R., CHILDREN**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00214
Honorable Linda A. Rodriguez, Judge Presiding

# O R D E R

This is an appeal from an order terminating appellant's parental rights. The clerk's and reporter's record were due December 8, 2022. Court reporter Katelyn Laird has filed a notification of late reporter's record, stating that she anticipates the reporter record will be filed by December 12, 2022. We grant her request and order her to file the reporter's record on or before December 12, 2022.

The clerk's record has not been filed. We order the trial court clerk to file the record on or before December 16, 2022.

It is so **ORDERED** on December 12, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT